IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AKINYEMI OLUBUNMI OKE,

     Petitioner,

v.                                                           2:26-cv-01203-KG-GBW

MARY DE ANDA-YBARRA, et al.,

     Respondents.

## **ORDER**

This matter is before the Court on the Government's Motion for Reconsideration, Doc. 9. The Court grants the motion and clarifies its earlier order, Doc. 7.  Because detention is mandatory under 8 U.S.C. § 1231(a)(2)(A), the Government may redetain Petitioner without a bond hearing once his removal order becomes administratively final.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.